# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**   *

                                                                       *   **Criminal Case No. SAG-19-0486**

**RASHAUD NESMITH**   *

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Rashaud Nesmith, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment imposed in the action as set forth in open court on November 28, 2022.

Undersigned counsel was court-appointed for the limited purpose of representing Mr. Nesmith at the District Court level. Undersigned counsel will not be continuing to represent Mr. Nesmith in this appeal.

                                                Respectfully submitted

                                                /S/_____
                                                CHRISTOPHER C. NIETO, ESQ. #30031
                                                Law Office of Christopher C. Nieto, LLC
                                                1 North Charles Street, Suite 1301
                                                Baltimore, MD 21201
                                                Tel: 443.863.8189
                                                Fax: 443.378.5723
                                                Email: cnieto@nietolawoffice.com