IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. SAG-19-0486 |
| | * | |
| DANIEL WILLIAMS | | |

*******

## **ORDER**

It is hereby ORDERED that the United States Marshal's Service for the District of Maryland, and the Warden of the Chesapeake Detention Facility, provide any and all medical records for the District of Maryland detainee Daniel Williams.

Date: February 5, 2024

/s/
Stephanie A. Gallagher
United States District Judge

1